JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS BRAXTON,<br><br>　　　　Plaintiff,<br>vs.<br><br>RON B. WYNN, Trustee of the Ron B. Wynn Living Trust, dated December 10, 2003; and Does 1-10,<br><br>　　　　Defendant. | Case No.: 2:19-cv-04062-GW-RAO<br><br>*Hon. George H. Wu*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: May 9, 2019<br>Trial Date:　 January 7, 2020 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Ron B. Wynn, Trustee of the Ron B. Wynn Living Trust, dated December 10, 2003 ("Defendant").

Dated: November 25, 2019

　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　　　　　Judge, United States Court
　　　　　　　　　　　　　　　　　　Central District of California

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE